UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------X

STEPHEN E. RUTH, and
MIRIAM ALTAGRACIA RUTH

    Plaintiffs,

- against -

MICHAEL CHERTOFF,
Secretary of Homeland Security,
on behalf of the
DEPARTMENT OF
HOMELAND SECURITY,
MARY ANN GANTNER,
on behalf of the
U.S. DEPARTMENT OF
CITIZENSHIP & IMMIGRATION
SERVICES (formerly the
Immigration & Naturalization
Service) at New York, New York,

    Defendants.
------------------------------------X

STIPULATION AND
ORDER OF DISMISSAL

Civil Action
No. CV-05-4557

(Irizarry, J.)
(Mann, M.J.)

    IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action that this action be dismissed pursuant to Rule 41 of the Federal Rules of Civil Procedure. This dismissal is with prejudice.

Each party is to bear its own costs, fees, including attorney's fees, and disbursements.

Dated: New York, New York
December 12, 2005

Attorney for the Plaintiffs

*[signature]*
EARL IAN LAIDLOW, ESQ.
225 Broadway, Suite 1410
New York, New York 10007

Dated: New York, New York
December 12, 2005

Attorney for the Defendants

ROSLYNN R. MAUSKOPF
United States Attorney
Eastern District of New York
1 Pierrepont Plaza, Fourteenth Floor
Brooklyn, New York 11201

By: *[signature]*
RONALD W. KISH
Special Assistant United States Attorney
(212) 264-3475

SO ORDERED:

Dated: Brooklyn, New York
January 23, 2006

*[signature]*
HONORABLE DORA LIZETTE IRIZARRY
United States District Judge